UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FREEDOM MORTGAGE CORPORATION,

               Plaintiff,

  - against -

TIMOTHY GREGG AND NASSAU COUNTY CLERK,

               Defendant.
-----------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
19-CV-861 (RRM) (RER)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

In a report and recommendation dated July 24, 2020, (the "R&R"), Magistrate Judge Ramon E. Reyes, Jr. recommended that the Court deny Freedom Mortgage's motion for default judgment against the Nassau County Clerk. (R&R (Doc. No. 28).) Judge Reyes advised the parties that they had 14 days from the date of that R&R in which to file objections. (*Id.*) The R&R was electronically served on July 24, 2020. To date, neither party has filed an objection to the R&R.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety and the motion for default judgment against the Nassau County Clerk is denied.

                                              SO ORDERED.

Dated: Brooklyn, New York
       August 14, 2020

                                        *Roslynn R. Mauskopf*
                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        Chief United States District Judge